

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANTE M. WILSON,  )
 )
    Petitioner,  )
 )
v.  )    Civil Action No. 3:13CV619–HEH
 )
S.K. YOUNG,  )
 )
    Respondent.  )

## MEMORANDUM OPINION
(Accepting Report and Recommendation and Dismissing Habeas Action)

Dante M. Wilson, a Virginia inmate proceeding *pro se*, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 (hereinafter "§ 2254 Petition," ECF No. 1) challenging his convictions in the Circuit Court of the City of Portsmouth, Virginia for rape and two counts of forcible sodomy. On December 3, 2014, the Magistrate Judge issued a Report and Recommendation that recommended granting Respondent's Motion to Dismiss. The Court advised Wilson that he could file objections within fourteen (14) days after the entry of the Report and Recommendation. Wilson has not responded.

There being no objections, the Report and Recommendation will be accepted and adopted. Wilson's claims will be dismissed. The Court will grant the Motion to Dismiss (ECF No. 15) and dismiss the action. The Court will deny a certificate of appealability.

An appropriate Order will accompany this Memorandum Opinion.

                                            /s/
                              HENRY E. HUDSON
Date: Jan. 9 2015         UNITED STATES DISTRICT JUDGE
Richmond, Virginia