

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANTE M. WILSON, )
                                                )
      Petitioner, )
                                                )
v. )    Civil Action No. 3:13CV619–HEH
                                                )
S.K. YOUNG, )
                                                )
      Respondent. )

## ORDER
(Accepting Report and Recommendation and Dismissing Habeas Action)

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;
2. The Motion to Dismiss (ECF No. 15) is GRANTED;
3. Wilson's claims and the action are DISMISSED; and,
4. The Court DENIES a certificate of appealability.

Should Wilson desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of this Order and accompanying Memorandum Opinion to Wilson and counsel for Respondent.

It is SO ORDERED.

                                                        /s/
                                         Henry E. Hudson
Date: Jan 9 2015                       United States District Judge
Richmond, Virginia